UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY BLACKMAN,<br><br>                Plaintiff,<br><br>        v.<br><br>R. DIZON, et al.,<br><br>                Defendants. | Case No.: 1:17-cv-01627 BAM (PC)<br><br>ORDER TRANSFERRING ACTION TO THE SOUTHERN DISTRICT OF CALIFORNIA |

Plaintiff Tony Blackman, a state prisoner proceeding *pro se*, has filed a civil rights action pursuant to 42 U.S.C. § 1983. On December 6, 2017, Plaintiff filed a complaint, (ECF No. 1) and an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915, (ECF No. 2).

Plaintiff sues prison officials employed at the Richard J. Donovan Correctional Facility in San Diego, California. Plaintiff appears to allege that he was a victim of a hate crime and other violations occurred against his rights while he was housed at that institution.

The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same state, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of the property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

| | |
|---|---|
| 1 | In this case, none of the defendants reside in this district. The claim arose in San Diego |
| 2 | County, which is in the Southern District of California. Therefore, Plaintiff's claim should have |
| 3 | been filed in the United States District Court for the Southern District of California. |
| 4 | In the interest of justice, a federal court may transfer a complaint filed in the wrong |
| 5 | district to the correct district. See 28 U.S.C. § 1406(a); Starnes v. McGuire, 512 F.2d 918, 932 |
| 6 | (D.C. Cir. 1974). |
| 7 | For the foregoing reasons, IT IS HEREBY ORDERED that this matter is transferred to the |
| 8 | United States District Court for the Southern District of California. The Court makes no ruling on |
| 9 | Plaintiff's pending application to proceed *in forma paueris*. |

IT IS SO ORDERED.

Dated:  **December 8, 2017**          /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE